■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v UMBERTO LAURO, Appellant.—Judgment unanimously affirmed without prejudice to defendant's moving, if so advised, to set aside the conviction of Camillus Town Court (CPL 440.20). (Appeal from judgment of Onondaga County Court—possession forged instrument, second degree.) Present—Simons, J. P., Schnepp, Callahan, Doerr and Witmer, JJ.